IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRVING SHEPPARD,

    Petitioner,          No. CIV S-08-2066 JAM GGH P

   vs.

D.K. SISTO,

    Respondent.          <u>ORDER</u>

_____/

      Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a) and Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254, the action is dismissed.

      Accordingly, the Clerk of Court shall close this case.

DATED: June 10, 2009

                                          /s/ Gregory G. Hollows

                                         UNITED STATES MAGISTRATE JUDGE

sh2066.159

1